UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 3:16-cr-00028-RLY-MPB |
| ) | |
| ALYSHA EATON ) | |
|   a/k/a ALYSHA CAMP, ) -01 | |
| ) | |
| Defendant. ) | |

## REPORT AND RECOMMENDATION

On March 13, 2019, the Court held an Initial Hearing on a USPO Petition for Warrant for Violation of Supervised Release. (Docket No. 58). On April 1, 2019 the Court held the Final Hearing on Revocation of Supervised Release and advised defendant of Supplemental Petition filed on April 1, 2019. (Docket No. 64). Defendant Eaton appeared in person with her Counsel, Barry Blackard. The government appeared by Lauren Wheatley, Assistant United States Attorney. The United States Probation and Parole Office appeared by Officer Andrea Hillgoth.

The Court conducted the following procedures in accordance with Fed. R. Crim. P. 32.1(a)(1) and 18 U.S.C. § 3583:

1. The Court advised Defendant Eaton of her rights and provided her with a copy of the petition and supplemental petition. Defendant Eaton waived her right to a preliminary hearing.

2. After being placed under oath, Defendant Eaton admitted violations 1 through 9, (Docket No. 58) and violation #10, (Docket No. 64).

3. The allegations to which Defendant admitted, as fully set forth in the petition, are:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | "You shall reside at a location approved by the probation officer and shall notify the probation officer at least 72 hours prior to any planned change in place or circumstances of residence..."<br><br>On December 27, 2019, Alysha Eaton signed a lease to reside at Woodland Park Apartments, but failed to notify her probation officer. As previously reported to the Court, from January 17, 2018, until April 21, 2018, Ms. Eaton failed to notify her Probation Officer of her change in residence. |
| 2 | "You shall answer truthfully the inquiries by the probation officer, subject to your 5th Amendment privilege."<br><br>On February 4, 2019, Alysha Eaton submitted a monthly report lying about her residence. As previously reported to the Court, from January 17, 2018, until April 21, 2018, Ms. Eaton was lying to her Probation Officer about her residence. |
| 3 | "You shall have no contact with Gabriel B. Camp."<br><br>On December 27, 2019, Alysha Eaton signed a lease to reside with Gabriel Camp. As previously reported to the Court, on October 1 and 2, 2017, Ms. Eaton was located with Gabriel Camp during police interactions. On April 19, 2018, Ms. Eaton admitted further contact with Mr. Camp without permission. |
| 4 | "You shall not meet, communicate, or otherwise interact with a person you know to be engaged, or planning to be engaged, in criminal activity. You shall report any contact with persons you know to be convicted felons to your probation officer within 72 hours of the contact."<br><br>On February 25, 2019, a felony warrant for attempted murder was served on Justin Curlee at Ms. Eaton's residence. Three other individuals: Gabriel Camp, Benjamin Norman, and Morgan Strong, were also arrested at the residence for criminal activity, As previously reported to the Court, Ms. Eaton has associated with Gilbert Eaton, a convicted felon, without permission. |
| 5 | "You shall not own, possess, or have access to a firearm, ammunition, destructive device or dangerous weapon."<br><br>On February 25, 2019, law enforcement officers located four loaded firearms and boxes of ammunition at Ms. Eaton's residence. |

| | | |
|---|---|---|
| 6 | "The defendant shall not unlawfully possess a controlled substance." | |
| | On February 25, 2019, law enforcement officers located marijuana at Ms. Eaton's residence. | |
| 7 | "You shall not use or possess any controlled substances prohibited by applicable state or federal law, unless authorized to do so by a valid prescription from a licensed medical practitioner. You shall follow the prescription instructions regarding frequency and dosage." | |
| | As previously reported to the Court, Ms. Eaton admitted to taking a Lortab and Percocet without a valid prescription on January 4, 2018. On April 19, 2018, Ms. Eaton took a lethal amount of Tylenol PM. On May 15, 2018, Ms. Eaton tested positive for Buprenorphine and on May 18, 2018, she tested positive for Hydromorphone. She admitted to taking Buprenorphine on four occasions from April 18, 2018, until May 16, 2018. | |
| 8 | "You shall submit to substance abuse testing to determine if you have used a prohibited substance or to determine compliance with substance abuse treatment. Testing may include no more than 8 drug tests per month. You shall not attempt to obstruct or tamper with the testing methods." | |
| | On July 17, 2018, Alysha Eaton provided an unidentified substance when asked to submit to a urinalysis; therefore, tampering with the drug test. | |
| 9 | "You shall reside in a residential reentry center for a term of up to 120 days. You shall abide by the rules and regulations of the facility." | |
| | On May 18, 2018, Alysha Eaton began her residential placement at the Volunteers of America. On July 22, 2018, Ms. Eaton provided a dilute urine sample which is considered a violation of the rules. On July 25, 2018, Ms. Eaton had unaccountable time from the VOA when she was scheduled out for work, but her employer reported she was not working. | |
| 10 | "The defendant shall not commit another federal, state, or local crime." | |
| | On February 28, 2019, Alysha Eaton aka Alysha Nichole Camp, was charged with Conspiracy to Commit Dealing in Marijuana, Dealing in Marijuana, Criminal Gang Activity, and Possession of Paraphernalia. | |

4. The parties stipulated that:

   (a) The highest grade of violation is a Grade A violation.

   (b) Defendant's criminal history category is I.

   (c) The advisory range of imprisonment applicable upon revocation of supervised release, therefore, is 12-18 months' imprisonment.

The Magistrate Judge, having considered the factors in 18 U.S.C. § 3553(a), and as more fully set forth on the record, finds that the Defendant violated the conditions in the petition, that her supervised release should be revoked, and that she be sentenced to custody of the Attorney General or his designee for a period of fifteen (15) months with no further supervised release to follow upon release from imprisonment.

The parties are hereby notified that the District Judge may reconsider any matter assigned to a Magistrate Judge. The parties have fourteen days after being served a copy of this Report and Recommendation to serve and file written objections with the District Judge.

Dated: April 2, 2019

_____
Matthew P. Brookman
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system

United States Probation Office, United States Marshal