# UNITED STATES DISTRICT COURT
Southern District of Indiana

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| v. | (For **Revocation** of Probation or Supervised Release) |
| | Case Number: 3:16CR00028-001 |
| | USM Number: 15251-028 |
| ALYSHA EATON<br>A/K/A Alysha Camp | Barry Blackard |
| | Defendant's Attorney |

**THE DEFENDANT:**

☒ admitted guilt to the below violations.

☐ was found in violation of the below violations after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Failure to Report Address Change | February 26, 2019 |
| 2 | Lying to Probation Officer | February 26, 2019 |
| 3 | Contact with Gabriel Camp | March 1, 2019 |
| 4 | Contact with Felons | February 25, 2019 |
| 5 | Possession of Firearms/Ammunition | February 25, 2019 |
| 6 | Possession of a Controlled Substance | February 25, 2019 |
| 7 | Possession of a Controlled Substance | May 18, 2018 |
| 8 | Tampering with Drug Testing | July 17, 2018 |
| 9 | RRC Violations | July 25, 2018 |
| 10 | New Criminal Conduct | February 28, 2019 |

The defendant is sentenced as provided in pages 2 through 4 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ Violation number(s) is/are dismissed.

**IT IS ORDERED** that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.



April 22, 2019
Date of Imposition of Sentence:

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

4/23/2019
Date

DEFENDANT: Alysha Eaton
CASE NUMBER: 3:16CR00028-001

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of **15 months.**

☐ The Court makes the following recommendations to the Bureau of Prisons:

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

　　☐ at

　　☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

　　☐ before 2 p.m. on

　　☐ as notified by the United States Marshal.

　　☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

　　Defendant was delivered on _____ to _____
at _____, with a certified copy of this judgment.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MARSHAL

　　　　　　　　　　　　　　　　　　　　　　BY: _____
　　　　　　　　　　　　　　　　　　　　　　　　　　DEPUTY UNITED STATES MARSHAL

DEFENDANT: Alysha Eaton
CASE NUMBER: 3:16CR00028-001

## SUPERVISED RELEASE

No term of supervised release is imposed.